CHARLES VEIT, Respondent, *v.* ANTOINETTE F. K. McCAUSLAN, as Administratrix of the Estate of JOHANNE KEMMNA, Deceased, Appellant.

*Veit* v. *McCauslan*, 157 App. Div. 335, affirmed.
(Submitted December 4, 1914; decided December 18, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 23, 1913, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged breach of covenants contained in a deed of real property.

*Isaac N. Miller* and *Herman G. Loew* for appellant.

*John H. Steenwerth* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.

———

SELWYN & COMPANY, Respondent, *v.* LEWIS WALLER, Defendant, and LEE SHUBERT, Appellant.

(Submitted December 14, 1914; decided December 18, 1914.)

MOTION to amend remittitur. (See 212 N. Y. 507.)

Motion denied. Our decision allowed costs in all the courts to the successful party, but only the costs taxable on an appeal from an order. If the costs have been improperly taxed, the remedy is to review the taxation.